**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7705**

LUIS ROSARIO,

             Plaintiff - Appellant,

        v.

DOCTOR UMESI, Doctor in Wake County Jail; SERGEANT LONG,
Staff Member, Wake County Jail; MR. PONCELET, Staff Member,
Wake County Jail,

             Defendants – Appellees,

        and

DONNIE HARRISON, Wake County Sheriff; MR. GUNTER, Wake
County Jail Director; WAKE COUNTY SHERIFF'S OFFICE,

             Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:07-ct-03171-BO)

Submitted: December 17, 2009      Decided: December 30, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luis Rosario, Appellant Pro Se.  John Albert Maxfield, COUNTY
ATTORNEY'S OFFICE FOR THE COUNTY OF WAKE, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Rosario appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rosario v. Wake County Sheriff's Office, No. 5:07-ct-03171-BO (E.D.N.C. Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3